61 A.3d 1273

IN THE MATTER OF THE EXPUNGEMENT
APPLICATION OF D.J.B.

(D.J.B.—PETITIONER).

January 24, 2013.

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000658–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.